

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 11/7/2012 | Type of Hearing: | Telephone Conference |
| Judge: | Marc T. Treadwell | Court Reporter: | Sally Gray |
| Courtroom Deputy: | Teri L. Hatcher | Law Clerk: | Brooke Walker |
| Courtroom: | A | | |

**Case Number: 5:12-CV-417(MTT)**

| | | |
|---|---|---|
| Quad International, Inc. | Counsel: | Jacques Nazaire |
| v. | | |
| John Doe | Counsel: | |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:** 10 minutes

| 10:12 am | Preliminary remarks by the Court.  Discussion of BitTorrent cases.  Court will grant motion for discovery with limitations. |
|---|---|
| 10:22 am | Matter concluded. |